IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WIFI RAIL, INC., <br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 1:23-cv-662-DAE |

# ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice (Dkt. # 25.) The Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims brought, and could have been brought, by Plaintiff WiFi Rail, Inc., in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice. It is further **ORDERED** that court costs are taxed to the party incurring same. This Order disposes of all parties and all claims and is a final judgment. The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

  **IT IS SO ORDERED.**

  **DATED:** Austin, Texas, April 16, 2024.

  _____
  David Alan Ezra
  Senior United States District Judge

1